UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                                )
                                                      )
Arthur J. & Krista R. Hentschel Jr.   )        CASE No. 05-40017
                                                      )
         Debtor                              )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Porter Memorial Health Systems, P.O. Box 2474, Kalamazoo, MI 60438

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $179.42 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 97839 on January 3, 2010 in the amount of $39.86 and Check No. 98371 on February 3, 2010 in the amount of $22.07 to Porter Memorial Health Systems at the address stated above. The checks were returned to the Trustee marked "Non-Deliverable As Addressed, Unable to Forward". The checks were voided and the remaining funds were reserved.

   To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

   Dated this 13th day of April, 2010.


                                        /s/ David A. Rosenthal
                                        David A. Rosenthal
                                        Chapter 13 Trustee
                                        P.O. Box 505
                                        Lafayette, IN 47902
                                        (765) 742-8248